| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Casey Lynn Multhaupt** | CHAPTER: **7** |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/05/2026 Casey Lynn Multhaupt
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

PERRIS SCHOOL DISTRICT

Employee

**317307 CASEY LYNN MULTHAUPT**

Payroll

2 M

SSN

XXX-XX-7528

| Warrant | Issued | Period |
|---|---|---|
| 31730702M | 08/31/2026 | Ending 08/31/2026 |

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 8,603.09 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 896.80 | 7,204.85 |
| STATE TAXES | 365.78 | 2,940.39 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 124.74 | 1,000.20 |
| *RETIREMENT | 877.95 | 7,039.25 |
| AMERICAN FIDELITY | 127.01 | 889.07 |
| CTA MEMBERSHIP FEE | 0.00 | 753.90 |
| PERRIS VALLEY | 0.00 | 192.50 |

**Leave Activity Through** 08/15/2026

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| PERS NEC | 80:00 | | | 80:00 |
| SICK | 184:00 | | 2:30 | 181:30 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| DELTA DENTAL PPO - | 107.48 |
| EYEMED VISION | 11.69 |
| KP HMO - FTE - EE | 1,011.96 |
| MADISON NATIONAL GTL | 1.47 |
| MEDICARE | 124.74 |
| OTHER POST-EMPLOYMENT BENEFITS | 116.57 |
| STRS | 1,643.19 |
| UNEMPLOYMENT INSURANCE | 4.30 |
| WORKERS COMPENSATION | 314.70 |
| Total | 3,336.10 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | S | S/1/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 0.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | **8,603.09** | **68,978.68** |
| Less *Pre-Tax Deductions | 877.95 | 7,039.25 |
| Taxable Earnings | 7,725.14 | 61,939.43 |
| Less Taxes & Deductions | 1,514.33 | 12,980.91 |
| **Net Pay** | **6,210.81** | **48,958.52** |

Message: DID YOU KNOW YOU CAN ACCESS PAYROLL FORMS ON THE DISTRICTS WEBPAGE TO UPDATE YOUR DIRECT DEPOSIT AND W4/DE4? NAVIGATE TO BUSINESS SERVICES --> FISCAL SERVICES --> BUSINESS FORMS --> PAYROLL. HAVE A PAYROLL QUESTION? YOU CAN EMAIL US AT PAYROLL@PERRISESD.ORG. HAVE A CHANGE OF ADDRESS? REACH OUT TO HR. ***PLEASE NOTE THE 6S PAYDAY WILL BE 01/02/2026

1

# NON-NEGOTIABLE
## This is NOT a check. This is a reprint of a paystub originally issued as a direct deposit.

For your reference, the direct deposit was issued on 8/31/2026 to the accounts and amounts shown to the right. If mailed, it would have been sent to this address:

| Account Type | Amount |
|---|---|
| CHECKING | $6,210.81 |

36446 TANSY CT
LAKE ELSINORE CA 92532

PERRIS SCHOOL DISTRICT

Payroll **3 M**

Employee **317307** **CASEY LYNN MULTHAUPT**

SSN XXX-XX-7528

| Warrant | Issued | Pay Period |
|---|---|---|
| 31730703M | 09/30/2026 | Ending 09/30/2026 |

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 8,603.09 |
| NON INSTRUCTION EXTRA | 6.00 | 55.000 | 330.00 |
| MTSS ACADEMIC TEAM | | | 349.30 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 1,031.00 | 8,235.85 |
| STATE TAXES | 428.18 | 3,368.57 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 134.59 | 1,134.79 |
| *RETIREMENT | 947.28 | 7,986.53 |
| AMERICAN FIDELITY | 127.01 | 1,016.08 |
| CTA MEMBERSHIP FEE | 113.30 | 867.20 |
| PERRIS VALLEY | 27.50 | 220.00 |

Leave Activity Through 09/15/2026

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| PERS NEC | 80:00 | | 2:30 | 77:30 |
| SICK | 181:30 | | 10:45 | 168:15 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| DELTA DENTAL PPO - | 107.48 |
| EYEMED VISION | 11.69 |
| KP HMO - FTE - EE | 1,011.96 |
| MADISON NATIONAL GTL | 1.47 |
| MEDICARE | 134.59 |
| OTHER POST-EMPLOYMENT BENEFITS | 125.78 |
| STRS | 1,772.94 |
| UNEMPLOYMENT INSURANCE | 4.64 |
| WORKERS COMPENSATION | 339.55 |
| Total | 3,510.10 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | S | S/1/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 0.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 9,282.39 | 78,261.07 |
| Less *Pre-Tax Deductions | 947.28 | 7,986.53 |
| Taxable Earnings | 8,335.11 | 70,274.54 |
| Less Taxes & Deductions | 1,861.58 | 14,842.49 |
| **Net Pay** | 6,473.53 | 55,432.05 |

Message: DID YOU KNOW YOU CAN ACCESS PAYROLL FORMS ON THE DISTRICTS WEBPAGE TO UPDATE YOUR DIRECT DEPOSIT AND W4/DE4? NAVIGATE TO BUSINESS SERVICES --> FISCAL SERVICES --> BUSINESS FORMS --> PAYROLL. HAVE A PAYROLL QUESTION? YOU CAN EMAIL US AT PAYROLL@PERRISESD.ORG. HAVE A CHANGE OF ADDRESS? REACH OUT TO HR. ***PLEASE NOTE THE 6S PAYDAY WILL BE 01/02/2026

## NOTICE OF DIRECT DEPOSIT

**DDT**
**31730703M**

BY ORDER OF THE GOVERNING BOARD OF: PERRIS SCHOOL DISTRICT

Date: 09/30/2026

Pay Period Ending: 09/30/2026

The following amounts have been electronically deposited on behalf of:

**CASEY LYNN MULTHAUPT**
36446 TANSY CT
LAKE ELSINORE CA 92532

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX200 | XXXXXXXXXXX703 | $6,473.53 |

Riverside County Superintendent of Schools

**NON-NEGOTIABLE**